**John Paul TURNER, CPO, U.S. Navy Retired, Plaintiff—Appellant,**

**v.**

**Barack OBAMA, Commander of the U.S. Armed Forces; Larry Howdyshell, August County Board of Supervisors & North River District Supervisor, Defendants—Appellees.**

No. 09–1961.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 21, 2009.

Decided: Oct. 14, 2009.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Turner v. Obama*, No. 7:09–cv–00073–sgw (W.D.Va. Mar. 5, 2009 & Aug. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*